UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| v. | ) No. 3:10-00024-1 |
| | ) CHIEF JUDGE HAYNES |
| CONLEY LAVEL JOHNSON, JR. | ) |

## MOTION TO AUTHORIZE CHRISTMAS FURLOUGH

*[Handwritten annotation: ORDER. This motion is GRANTED. /s/ William J. Haynes 12-14-12]*

Comes Conley Lavel Johnson, Jr., through counsel, and moves this Honorable Court to authorize a Christmas Day furlough. Mr. Johnson respectfully requests an 8 AM to 8 PM furlough, including transportation time, on Christmas Day, December 25, 2012. Mr. Johnson is housed at the Diersen Charities halfway house. Counsel is unaware of any major rule infractions by Mr. Johnson. He has been advised by the staff that he has had two (2) incidents of unauthorized cell phone use and there is an ongoing discussion regarding the level of effort he is expending to find a job.

Mr. Johnson wishes to spend the furlough at the home his mother Fiona McKnight, his father and his 16 year old sister at 1931 Needmore Road, Clarksville, TN 37042.

Lee Deneke, the Assistant United States Attorney handling the case for the government, is not opposed to Mr. Johnson's request. Mr. Johnson reacquired his Tennessee driver's license during the past week and has transportation to travel to and from his family's home. Counsel was not able to contact Lisa Capps, the supervising probation officer.

Respectfully submitted,

/s/ Jude T. Lenahan
JUDE T. LENAHAN, BPR #3759
Assistant Federal Public Defender
810 Broadway, Suite 200
Nashville, Tennessee 37203
(615) 736-5047