IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 3:10-00024 |
| ) | JUDGE HAYNES |
| CONLEY LAVEL JOHNSON, JR., ) | |
| ) | |
| Defendant. ) | |

**ORDER**

A revocation hearing is set in this action for **Monday, September 8, 2014 at 4:00 p.m.**

It is so **ORDERED**.

**ENTERED** this the 18th day of August, 2014.

WILLIAM J. HAYNES, JR.
Chief Judge
United States District Court