UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) No. 3:10-00024 |
| | ) CHIEF JUDGE HAYNES |
| CONLEY LAVEL JOHNSON, JR. | ) |

ORDER

Pending before the Court is a Petition to revoke the terms and conditions of defendant, Conley Lavel Johnson, Jr's, supervised release. (D.E. 34). The defendant has conferred with counsel, Mariah A. Wooten, First Assistant Federal Public Defender and concedes that he violated conditions of his supervised release.

IT IS ORDERED, ADJUDGED, and DECREED that the term of supervised release previously imposed is revoked. Further, the Court imposes a sentence of 10 months in custody of the U.S. Bureau of Prisons, with no supervision to follow, to run concurrent with the 10 year state sentence he is presently serving in case numbers 40800005 and 41301044, and concurrently with any other pending state court charges. The Court recommends to the U.S. Bureau of Prisons that Mr. Johnson serve the 10 month term of imprisonment ordered by this Court in a state facility.

The hearing scheduled for Monday, September 8, 2014, at 4 PM is hereby CANCELLED.

Enter this the _8_ day of September, 2014.

WILLIAM J. HAYNES, JR.
CHIEF JUDGE
UNITED STATES DISTRICT COURT

APPROVED FOR ENTRY:

s/ Mariah A. Wooten
Mariah A. Wooten
First Assistant Federal Public Defender

s/ William Lee Deneke with permission
William Lee Deneke
Assistant United States Attorney